# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2007

134267

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SWEET AIR INVESTMENT, INC.,
      Plaintiff/Counter-Defendant-
      Appellee,

v

      SC: 134267
      COA: 265691
      Lenawee CC: 04-001554-CH

LINDA L. KENNEY a/k/a LINDA L. DISANTO,
FRANK DISANTO, individually and as Trustee
and Beneficiary of the FRANK J. DISANTO
REVOCABLE LIVING TRUST,
      Defendant/Counter-Plaintiffs-
      Appellants.

_____/

On order of the Court, the application for leave to appeal the May 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and WEAVER, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2007

_____
Clerk

p1213